UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DWIGHT TAMPLIN, JR.,                    ) 1:12-cv-01633-AWI-SKO-HC
                                        )
                   Petitioner,          ) ORDER GRANTING PETITIONER'S
                                        ) MOTION TO AMEND THE PETITION TO
                                        ) CHANGE THE NAME OF RESPONDENT
        v.                              ) (Doc. 10)
                                        )
RANDY GROUNDS, Warden,                  ) ORDER DIRECTING THE CLERK TO
                                        ) CHANGE THE NAME OF THE RESPONDENT
                   Respondent.          )
                                        ) ORDER GRANTING PETITIONER'S
_____) REQUEST FOR AN EXTENSION OF TIME
                                          (Doc. 11)

        Petitioner is a state prisoner proceeding pro se and in

forma pauperis with a petition for writ of habeas corpus pursuant

to 28 U.S.C. § 2254.  The matter has been referred to the

Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules

302 and 303.  Pending before the Court is Petitioner's motion to

amend the petition to name a proper respondent, filed on November

8, 2012, in response to the Court's order of October 22, 2012,

granting Petitioner leave to file the motion.  Also pending is a

motion for an extension of time to reply to the Court's order to

show cause that issued on October 22, 2012.

1    I.   <u>Motion to Amend the Petition to Name a Proper Respondent</u>

2       Petitioner requests that Randy Grounds be named as

3    Respondent in this matter.

4       A petitioner seeking habeas relief must name the state

5    officer having custody of him or her as the respondent to the

6    petition.  Rule 2(a) of the Rules Governing Section 2254 Cases in

7    the United States District Courts; <u>Ortiz-Sandoval v. Gomez</u>, 81

8    F.3d 891, 894 (9th Cir. 1996); <u>Stanley v. California Supreme</u>

9    <u>Court</u>, 21 F.3d 359, 360 (9th Cir. 1994).  Generally, the person

10   having custody of the prisoner is the warden of the prison

11   because the warden has "day to day control over" the prisoner.

12   <u>Brittingham v. United States</u>, 982 F.2d 378, 379 (9th Cir. 1992).

13   Randy Grounds is the warden of Petitioner's custodial

14   institution.  Therefore, Petitioner's request is proper.

15      Accordingly, Petitioner's motion for leave to amend the

16   petition to name Randy Grounds, Warden, as Respondent in this

17   matter is GRANTED.

18      The Clerk of Court is DIRECTED to change the name of

19   Respondent to Randy Grounds, Warden.

20   II.  <u>Request for Extension of Time</u>

21      Petitioner filed a request for an extension of time to

22   respond to the Court's order to Petitioner to show cause why the

23   petition should not be dismissed for failure to exhaust state

24   court remedies, and to submit a signed declaration under penalty

25   of perjury to verify the petition, which was submitted without a

26   signature and verification.

27      Good cause appearing, Petitioner's motion for an extension

28   of time to file a response to the order to show cause is GRANTED,

and Petitioner's response is due to be filed no later than
December 26, 2012.

IT IS SO ORDERED.

**Dated:    November 14, 2012**                          /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE