```
                    UNITED STATES DISTRICT COURT

                      EASTERN DISTRICT OF CALIFORNIA


DWIGHT TAMPLIN, JR.,           ) 1:12-cv—01633-AWI-SKO-HC
                               )
          Petitioner,          ) ORDER REQUIRING PETITIONER TO
                               ) SUBMIT WITHIN THIRTY (30) DAYS A
                               ) SIGNED STATEMENT THAT HE
     v.                        ) SUBMITTED THE MOTION FOR
                               ) APPOINTMENT OF COUNSEL (Doc. 30)
K. BROWN,                      )
                               )
          Respondent.          )
                               )
_____)
```

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303. Pending before the Court is Petitioner's motion for appointment of counsel, which was filed on May 8, 2013.

Fed. R. Civ. P. 11(a) requires that every pleading, written motion, and other paper filed in an action shall be signed by the attorney of record or by the party if not represented by an attorney. An unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party. Further, Local Rule 131(b)

provides that all pleadings and non-evidentiary documents shall be signed by the individual attorney for the party presenting them or by the party involved if that party is appearing <u>in propria</u> <u>persona</u>.  The name of the person signing the document shall be typed or printed underneath the signature.

　　　Here, Petitioner's motion for the appointment of counsel was not signed by Petitioner.  Although the Court could strike the document, in the interest of the efficient administration of justice, the Court hereby notifies Petitioner of the defect. Petitioner will be given leave to file a document that 1) states that Petitioner submitted the aforementioned motion for appointment of counsel to the Court, and 2) is signed by Petitioner.

　　　Petitioner is INFORMED that a failure to comply with this order will result in the striking of Petitioner's motion for the appointment of counsel from the docket.

　　　Accordingly, it is ORDERED that Petitioner shall SUBMIT no later than thirty (30) days after the date of service of this order a document 1) that states that Petitioner submitted the motion for appointment of counsel to the Court, and 2) that is signed by Petitioner.

IT IS SO ORDERED.

**Dated:   May 13, 2013**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE