1

2

3

4

5

6

7    **UNITED STATES DISTRICT COURT**

8    **EASTERN DISTRICT OF CALIFORNIA**

9

10

11   DWIGHT TAMPLIN, JR.,                Case No. 1:12-cv-001633-AWI-SKO-HC

12          Petitioner,                 ORDER DIRECTING THAT PETITIONER'S
                                        AMENDED PETITION BE FILED NO LATER
13                                       THAN NINETY (90) DAYS AFTER THE
         v.                             DATE OF SERVICE OF THIS ORDER
14
                                        ORDER GRANTING PETITIONER THIRTY
15                                       DAYS IN WHICH TO WITHDRAW THE
                                        PREVIOUSLY FILED MOTION TO AMEND
16   RANDY GROUNDS, Warden,             (DOC. 35)

17          Respondent.                 INFORMATIONAL ORDER REGARDING A
                                        RESPONSE TO THE PETITION
18

19

20          Petitioner is a state prisoner proceeding in forma pauperis and

21   with counsel with a petition for writ of habeas corpus pursuant to

22   28 U.S.C. § 2254.  The matter has been referred to the Magistrate

23   Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

24   Pending before the Court is the parties' joint scheduling report

25   filed on November 13, 2013, pursuant to the Court's order that

26   issued following the appointment of counsel for Petitioner.

27          Pursuant to the stipulation of the parties, and good cause

28   appearing, it is ORDERED that Petitioner may FILE an amended

1

1    petition no later than ninety (90) days after the date of service of

2    this order.

3        The parties are INFORMED that the Court is mindful of

4    Respondent's concern that sufficient time be given to permit a full

5    response to an amended petition.  Upon review of the amended

6    petition that is filed, the Court will issue an appropriate order

7    concerning a response.

8        Further, in view of Petitioner's intention to file an amended

9    petition, it appears that Petitioner's motion to amend the petition,

10   which was filed on June 24, 2013 (doc. 35), before counsel was

11   appointed, may be moot and should be dismissed.  However,

12   Petitioner's counsel did not address the pending motion to amend the

13   petition in the joint scheduling report.

14       Accordingly, Petitioner is GRANTED thirty (30) days to withdraw

15   the previously filed motion to amend the petition.

16

17

18   IT IS SO ORDERED.

19       Dated:   **December 4, 2013**              **/s/ Sheila K. Oberto**

20                                            UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2