# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT TAMPLIN, JR.., <br><br> Petitioner, <br><br> v. <br><br> WILLIAM MUNIZ, Warden, <br><br> Respondent. | Case No. 1:12-cv-01633-AWI-SKO  HC <br><br> ORDER DIRECTING CLERK <br> OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, William Muniz has succeeded Randy Grounds as Warden of Salinas Valley State Prison.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of William Muniz, Warden, as Respondent.

IT IS SO ORDERED.

Dated:   **February 4, 2016**                                    **/s/ Sheila K. Oberto**
                                                                                UNITED STATES MAGISTRATE JUDGE

1