# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT TAMPLIN, JR.,<br><br>  Petitioner,<br><br>  v.<br><br>R. GROUNDS, Warden,<br><br>  Respondent. | Case No. 1:12-cv-01633-AWI-SKO  HC<br><br>ORDER DENYING REQUEST<br>FOR EVIDENTIARY HEARING<br><br>(Doc. 55) |

    In his first amended petition for writ of habeas corpus (Doc. 55), Petitioner, a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moved for an evidentiary hearing.

    In habeas proceedings, "an evidentiary hearing is not required on issues that can be resolved by reference to the state court record." *Totten v. Merkle*, 137 F.3d 1172, 1176 (9th Cir. 1998). "It is axiomatic that when issues can be resolved with reference to the state court record, an evidentiary hearing becomes nothing more than a futile exercise." *Id.* at 1176.

    Here, all of Petitioner's claims can be resolved by reference to the state court record. Accordingly, the Court hereby DENIES the motion for an evidentiary hearing.

IT IS SO ORDERED.

    Dated: **March 16, 2016**     **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE